CO-386-online
10/03

# United States District Court
# For the District of Columbia

BROCKTON CONTRIBUTORY RETIREMENT )
SYSTEM, Derivatively and on behalf of SUNRISE )
SENIOR LIVING INCORPORATED, )
)
)
                            Plaintiff )    Civil Action No. 07-cv-0143 RBW
VS )
PAUL J. KLAASSEEN, J. DOUGLAS HOLLADAY, THOMAS J. DONOHUE, )
RONALD V. APRAHAMIAN, WILLIAM G. LITTLE, TERESA M. KLAASSEN, )
CRAIG R. CALLEN, BRADLEY B. RUSH and THOMAS B. NEWELL, )
Defendants, and SUNRISE SENIOR LIVING INCORPORATED, Nominal )
Defendant, )
)
                           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  plaintiff BROCKTON CONTRIBUTORY RETIREMENT SYSTEM  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  BROCKTON CONTRIBUTORY RETIREMENT SYSTEM  which have

any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

471960
BAR IDENTIFICATION NO.

Mark Hanna
Print Name

1701 K Street NW, Suite 210
Address

Washington, DC 20006
City      State      Zip Code

(202) 223-2620
Phone Number