IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, etc., | ) ) ) | Case No. 07cv00143 RBW |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PAUL J. KLAASSEN, et al., | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S MOTION TO ADMIT MAYA SAXENA TO PRACTICE *PRO HAC VICE*

Plaintiff Brockton Contributory Retirement System, through its undersigned counsel, moves for the admission of Maya Saxena to practice *pro hac vice* as counsel to plaintiff in this case.

In support of this motion, plaintiff submits as Exhibit A the "Declaration of Maya Saxena," and shows the Court as follows:

1. Ms. Saxena is a partner in the firm of Saxena White, PA, in Boca Raton, Florida. She is experienced in litigation matters and routinely conducts a substantial litigation practice. She is licensed to practice law in the State of Florida and before numerous federal district and appellate courts.

2. Plaintiff wishes to have Ms. Saxena represent it in this matter.

3. The undersigned counsel is a member in good standing of the Bar of this Court who is familiar with and accepts the responsibilities imposed on him with respect to Ms. Saxena's special appearance in this matter.

4. A proposed order is attached.

WHEREFORE, plaintiff moves this Court for an Order permitting Maya Saxena to practice *pro hac vice* in this Court in this case.

Dated: February 13, 2007

Respectfully submitted,

**DAVIS, COWELL & BOWE, LLP**
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Tel: (202) 223-2620
Fax: (202) 223-8651

By /s/ Mark Hanna
Mark Hanna (DC Bar 471960)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM Derivatively on Behalf of Nominal Defendant SUNRISE SENIOR LIVING INCORPORATED,<br><br>            Plaintiff,<br><br>    v.<br><br>PAUL J. KLAASSEN, J. DOUGLAS HOLLADAY, THOMAS J. DONOHUE RONALD V. APRAHAMIAN, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, BRADLEY B. RUSH and THOMAS B. NEWELL<br><br>            Defendants,<br><br>    and<br><br>SUNRISE SENIOR LIVING INCORPORATED,<br><br>            Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MAYA S. SAXENA FOR ADMISSION *PRO HAC VICE*

I, Maya S. Saxena, hereby declare that:

1)    I am a shareholder in the law firm of Saxena White P.A., 2424 North Federal Highway, Suite 257, Boca Raton, FL 33431, Tel. (561) 394-3399.

2)    I am a member in good standing of the following Courts: The Circuit Courts of Appeals for the Fifth and Eleventh Circuits; The United States District Court for the Middle and



Southern Districts of Florida; and the State of Florida.

    3)     There are no disciplinary proceedings against me in any jurisdiction.

    4)     I have not been admitted pro hac vice in this Court within the last two years.

DATED:    February 13, 2007         RESPECTFULLY SUBMITTED,

*Maya S. Saxena*
Maya S. Saxena
SAXENA WHITE P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, etc., </br></br>　　　　　Plaintiff, </br></br>v. </br></br>PAUL J. KLAASSEN, et al., </br></br>　　　　　Defendants. | Case No. 07cv00143 RBW |

### ORDER ADMITTING MAYA SAXENA *PRO HAC VICE*

ORDERED, this ___ day of _____, 2007, by this United States District Court for the District of Columbia, that

Maya Saxena is admitted *pro hac vice* for the purpose of appearing and participating in the above-captioned case as counsel for the Plaintiff.


Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　United States District Judge