IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, etc., <br><br> Plaintiff, <br><br> v. <br><br> PAUL J. KLAASSEN, et al., <br><br> Defendants. | Case No. 07cv00143 RBW |

## PLAINTIFF'S MOTION TO ADMIT JOSEPH E. WHITE III TO PRACTICE *PRO HAC VICE*

Plaintiff Brockton Contributory Retirement System, through its undersigned counsel, moves for the admission of Joseph E. White III to practice *pro hac vice* as counsel to plaintiff in this case.

In support of this motion, plaintiff submits as Exhibit A the "Declaration of Joseph E. White III," and shows the Court as follows:

1. Mr. White is a partner in the firm of Saxena White, PA, in Boca Raton, Florida. He is experienced in litigation matters and routinely conducts a substantial litigation practice. He is licensed to practice law in the States of Massachusetts and Florida and before numerous federal district and appellate courts.

2. Plaintiff wishes to have Mr. White represent it in this matter.

3. The undersigned counsel is a member in good standing of the Bar of this Court who is familiar with and accepts the responsibilities imposed on him with respect to Mr. White's special appearance in this matter.

4. A proposed order is attached.

WHEREFORE, plaintiff moves this Court for an Order permitting Joseph E. White III to practice *pro hac vice* in this Court in this case.

Dated: February 13, 2007

Respectfully submitted,

**DAVIS, COWELL & BOWE, LLP**
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Tel: (202) 223-2620
Fax: (202) 223-8651

By /s/ Mark Hanna
Mark Hanna (DC Bar 471960)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM Derivatively on Behalf of Nominal Defendant SUNRISE SENIOR LIVING INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL J. KLAASSEN, J. DOUGLAS HOLLADAY, THOMAS J. DONOHUE RONALD V. APRAHAMIAN, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, BRADLEY B. RUSH and THOMAS B. NEWELL<br><br>    Defendants,<br><br>and<br><br>SUNRISE SENIOR LIVING INCORPORATED,<br><br>    Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF JOSEPH E. WHITE III FOR ADMISSION *PRO HAC VICE***

I, Joseph E. White III, hereby declare that:

1)  I am a shareholder in the law firm of Saxena White P.A., 2424 North Federal Highway, Suite 257, Boca Raton, FL 33431, Tel. (561) 394-3399.

2)  I am a member in good standing of the following Courts: The Circuit Courts of Appeals for the First and Eleventh Circuits; The United States District Court for the Northern,


EXHIBIT A

Middle, and Southern Districts of Florida, and the District of Massachusetts; The Supreme Court of Florida; and the Supreme Court of Massachusetts.

3) There are no disciplinary proceedings against me in any jurisdiction.

4) I have not been admitted pro hac vice in this Court within the last two years.

DATED:    February 13, 2007                    RESPECTFULLY SUBMITTED,

                                               _____
                                               Joseph E. White III
                                               SAXENA WHITE P.A.
                                               2424 North Federal Highway
                                               Suite 257
                                               Boca Raton, FL 33431
                                               Tel: (561) 394-3399
                                               Fax: (561) 394-3382
                                               jwhite@saxenawhite.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BROCKTON CONTRIBUTORY** ) <br> **RETIREMENT SYSTEM, etc.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PAUL J. KLAASSEN, et al.,** ) <br> ) <br> Defendants. ) <br> _____) | Case No. 07cv00143 RBW |

## ORDER ADMITTING JOSEPH E. WHITE III *PRO HAC VICE*

ORDERED, this ___ day of _____, 2007, by this United States District Court for the District of Columbia, that

Joseph E. White III is admitted *pro hac vice* for the purpose of appearing and participating in the above-captioned case as counsel for the Plaintiff.


Dated: _____    _____
                                                          United States District Judge