UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, etc., <br><br> Plaintiff, <br><br> v. <br><br> PAUL J. KLAASSEN, et al., <br><br> Defendants. | Case No. 07cv00143 RBW |

**CERTIFICATE OF SERVICE**

I hereby certify that on this _15_ day of February 2007, I caused a copy of the **Plaintiff's Motion to Admit Joseph E. White III to Practice *Pro Hac Vice*** to be served by first-class mail, postage prepaid, upon:

Paul J. Klaassen
9050 Falls Run Road
McLean, VA 22102

Thomas B. Newell
9119 Mill Pond Valley Dr.
McLean, VA 22102

Bradley B. Rush
371 Church Street, NE
Vienna, VA 22180

Ronald V. Aprahamian
9311 Cornwell Farm Rd.
Great Falls, VA 22066

J. Douglas Holladay
3333 North Glebe Rd.
Arlington, VA 22207

Thomas J. Donohue
8008 Coach St.
Potomac, MD 20854

Teresa M. Klaassen
9050 Falls Run Rd.
McLean, VA 22102

Sunrise Senior Living, Inc.
7902 Westpark Dr.
McLean, VA 22102

William G. Little
950 North Michigan Avenue, Apt. 2902
Chicago, IL 60611

Craig R. Callen
78 Walcott Avenue
Jamestown, RI 02835

Dated: February _15_, 2007        By: _____
Kathryn Vesey, Legal Assistant
Davis, Cowell & Bowe LLP