AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BROCKTON CONTRIBUTORY RETIREMENT
SYSTEM, Derivatively and on behalf of
SUNRISE SENIOR LIVING INCORPORATED

**SUMMONS IN A CIVIL CASE**

V.

PAUL J. KLAASSEN, J. DOUGLAS HOLLADAY, THOMAS J.
DONOHUE, RONALD V. APRAHAMIAN, WILLIAM G. LITTLE,
TERESA M. KLAASSEN, CRAIG R. CALLEN, BRADLEY B.
RUSH and THOMAS B. NEWELL, Defendants and SUNRISE
SENIOR LIVING INCORPORATED, Nominal Defendant

CASE NUMBER:   07 0143 RBW

TO: (Name and address of Defendant)

Paul J. Klassen
9050 Falls Run Rd.
McLean, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joni Jacobs
DAVIS, COWELL & BOWE, LLP
1701 K Street NW, Suite 210
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

T. Davis

(By) DEPUTY CLERK

DATE  1/23/07

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Brockton Contributory Retirement System

vs.

Paul J. Klaassen, et al.

No. 1:04CV00143 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DAVID S. FELTER, having been duly authorized to make service of the Summons; Verified Derivative Complaint; Certificate Rule LCvR 7.1; Notice of Designation of Related Civil Cases Pending In This or Any Other United States Court; Consent to Proceed Before a United States Magistrate Judge for All Purposes; Notice of Right to Consent to Trial Before a United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-01-1951.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:36 am on January 30, 2007, I served Paul J. Klaassen at 9050 Falls Run Road, McLean, Virginia 22102 by serving Teresa M. Klaassen, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
   SEX-    FEMALE
   AGE-    40
HEIGHT-    5'6"
  HAIR-    BROWN
WEIGHT-    120
  RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-30-07
              Date

DAVID S. FELTER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183071