AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BROCKTON CONTRIBUTORY RETIREMENT
SYSTEM, Derivatively and on behalf of
SUNRISE SENIOR LIVING INCORPORATED

**SUMMONS IN A CIVIL CASE**

V.

PAUL J. KLAASSEN, J. DOUGLAS HOLLADAY, THOMAS J.
DONOHUE, RONALD V. APRAHAMIAN, WILLIAM G. LITTLE,
TERESA M. KLAASSEN, CRAIG R. CALLEN, BRADLEY B.
RUSH and THOMAS B. NEWELL, Defendants and SUNRISE
SENIOR LIVING INCORPORATED, Nominal Defendant

CASE NUMBER:   07-cv-00143 RBW

TO: (Name and address of Defendant)

Ronald V. Aprahamian
9311 Cornwell Farm Road
Great Falls, VA  20066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joni S. Jacobs
DAVIS, COWELL & BOWE, LLP
1701 K Street NW, Suite 210
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    1/23/07

CLERK                                                                              DATE
T. Davis

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Brockton Contributory Retirement System

vs.

Paul J. Klaassen, et al.

No. 1:04CV00143 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Verified Derivative Complaint; Certificate Rule LCvR 7.1; Notice of Designation of Related Civil Cases Pending In This or Any Other United States Court; Consent to Proceed Before a United States Magistrate Judge for All Purposes; Notice of Right to Consent to Trial Before a United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526  (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:45 pm on February 8, 2007, I served Ronald V. Aprahamian at 9311 Cornwell Farm Road, Great Falls, Virginia 20066 by posting on the front door. In addition, I attempted to serve the above mentioned documents on January 30, 2007 at 12:20 pm, February 1, 2007 at 12:45 pm, February 5, 2007 at 9:18 pm and February 6, 2007 at 7:15 pm. I mailed a copy of the above mentioned documents on February 9, 2007 to Ronald V. Aprahamian, 9311 Cornwell Farm Road, Great Falls, Virginia 20066 first class U.S. Postage prepaid.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

ROBERT PROFFITT
Our File#- 183078

SUBSCRIBED and SWORN to before me this 15th day of February, 2007.

Angela H. Croson
Notary Public

My commission expires: 03-31-09