IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, | ) ) ) ) | |
| Derivative Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07CV00143 |
| PAUL J. KLAASSEN, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SUNRISE SENIOR LIVING, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

| | | |
|---|---|---|
| CATHERINE MOLNER, | ) ) ) | |
| Derivative Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07CV00227 |
| PAUL J. KLAASSEN, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SUNRISE SENIOR LIVING, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

|  |  |
|---|---|
| ROBERT ANDERSON, | ) |
| | ) |
| Derivative Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07CV00286 |
| | ) |
| PAUL J. KLAASSEN, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SUNRISE SENIOR LIVING, INC., | ) |
| | ) |
| Nominal Defendant. | ) |

## JOINT CONSENT MOTION

COMES NOW, nominal defendant Sunrise Senior Living, Inc. ("Sunrise"), through undersigned counsel, and on behalf of all parties in the above-captioned cases, including Plaintiffs Brockton Contributory Retirement System ("BCRS"), Catherine Molner ("Molner") and Robert Anderson ("Anderson"), and all individual defendants (the "Individual Defendants"), and submits this Joint Consent Motion, filed pursuant to Federal Rule of Civil Procedure 6(b), and states as follows:

Given the anticipated filing of an Amended Complaint, consolidating the above-captioned cases filed by BCRS, Molner and Anderson, it is agreed that Sunrise and the Individual Defendants need not respond to the current BCRS, Molner and Anderson Complaints. The parties are in discussions regarding an agreed schedule for Sunrise and the Individual Defendants to respond to the Amended Complaint.

Counsel for BCRS, Molner and Anderson have consented to and join in making this request.

                                       Respectfully submitted,

                        By:      /s/ George H. Mernick, III
                             George H. Mernick, III
                             HOGAN & HARTSON, LLP
                             Columbia Square
                             555 Thirteenth Street, NW
                             Washington, D.C. 20004
                             Phone: 202-637-5726
                             Fax: 202-637-5910

                             N. Thomas Connally
                             Jon M. Talotta
                             HOGAN & HARTSON, LLP
                             8300 Greensboro Drive, Suite 1100
                             McLean, Virginia  22102
                             Phone: (703) 610-6100
                             Fax: (703) 610-6200

                             Counsel for Nominal Defendant
                             Sunrise Senior Living, Inc.

Dated:  March 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Court's CM/ECF Guidelines, this 26th day of March, 2007 on:

>George R. Murphy
>Mark Hanna
>Joni S. Jacobs
>DAVIS, COWELL & BOWE, LLP
>1701 K Street, NW
>Suite 210
>Washington, D.C. 20006
>Phone: (202) 223-2620
>Fax: (202) 223-8651
>*Counsel for Derivative Plaintiff*
>*Brockton Contributory Retirement System*
>
>Maya Saxena
>Joseph White
>SAXENA & WHITE P.A.
>2424 North Federal Highway
>Suite 257
>Boca Raton, Florida 33431
>Phone: (561) 394-3399
>Fax: (561) 394-3382
>*Counsel for Derivative Plaintiff*
>*Brockton Contributory Retirement System*
>
>John C. Pasierb
>LAW OFFICES OF JOHN C. PASIERB, PLC
>2200 Wilson Boulevard, Suite 800
>Arlington, Virginia 22201
>Phone: 703-875-2260
>Fax: 703-528-3692
>*Counsel for Derivative Plaintiff Catherine Molner*
>
>Eric L. Zagar
>Lee D. Rudy
>Michael C. Wagner
>J. Daniel Albert
>Robin Winchester
>SCHIFFRIN BARROWAY TOPAZ & KESSLER
>*Counsel for Derivative Plaintiff Catherine Molner*

Donna Solen
Gary E. Mason
THE MASON LAW FIRM
1225 19th Street, NW
Suite 500
Washington, D.C. 20036
Phone: (202) 429-2290
Fax: (202) 429-2294
*Counsel for Derivative Plaintiff Robert Anderson*

Brian J. Robbins
Jeffrey Fink
Felipe J. Arroyo
Ashley R. Palmer
ROBBINS, UMEDA & FINK LLP
610 West Ash Street
Suite 1800
San Diego, California 92101
Phone: (619) 525-3990
Fax: (619) 525-3991
*Counsel for Derivative Plaintiff Robert Anderson*

        _____/s/ Jon M. Talotta_____
        Jon M. Talotta
        JMTalotta@HHLaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM,  )<br>)<br>Derivative Plaintiff,  )<br>)<br>v.  )<br>)<br>PAUL J. KLAASSEN, et al.,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>SUNRISE SENIOR LIVING, INC.,  )<br>)<br>Nominal Defendant.  )<br>) | Case No. 1:07CV00143 |

|  |  |
|---|---|
| CATHERINE MOLNER,  )<br>)<br>Derivative Plaintiff,  )<br>)<br>v.  )<br>)<br>PAUL J. KLAASSEN, et al.,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>SUNRISE SENIOR LIVING, INC.,  )<br>)<br>Nominal Defendant.  )<br>) | Case No. 1:07CV00227 |

|  |  |  |
|---|---|---|
| ROBERT ANDERSON, | ) ) ) | |
| Derivative Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07CV00286 |
| PAUL J. KLAASSEN, <u>et al.</u>, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SUNRISE SENIOR LIVING, INC., | ) ) ) | |
| Nominal Defendant. | ) ) | |

## **ORDER**

UPON consideration of the Joint Consent Motion filed by nominal defendant Sunrise Senior Living, Inc. ("Sunrise"), on behalf of all parties in the above-captioned cases, including Plaintiffs Brockton Contributory Retirement System ("BCRS"), Catherine Molner ("Molner") and Robert Anderson ("Anderson"), and all individual defendants (the "Individual Defendants"), and for good cause shown, it is ORDERED that:

Given the anticipated filing of an Amended Complaint, consolidating the above-captioned cases filed by BCRS, Molner and Anderson, Sunrise and the Individual Defendants need not respond to the current BCRS, Molner and Anderson Complaints.

_____
United States District Court Judge