

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant SUNRISE SENIOR LIVING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL J. KLAASSEN, DAVID W. FAEDER, TIMOTHY S. SMICK, THOMAS B. NEWELL, BRIAN C. SWINTON, CHRISTIAN B.A. SLAVIN, LARRY E. HULSE, TIFFANY L. TOMASSO, ROBERT R. SLAGER, CARL ADAMS, RONALD V. APRAHAMIAN, CRAIG R. CALLEN, DAVID G. BRADLEY, J. DOUGLAS HOLLADAY and THOMAS J. DONOHUE, <br><br> Defendants, <br><br> and <br><br> SUNRISE SENIOR LIVING, INC., <br><br> Nominal Defendant. | Case No. 1:07-cv-00143-RBW <br><br> Judge Walton |

STIPULATION AND ORDER
CONSOLIDATING CASES FOR ALL PURPOSES AND APPOINTING A
LEADERSHIP STRUCTURE

*To Be Consolidated With:*

| | |
|---|---|
| CATHERINE MOLNER, Derivatively on Behalf of Nominal Defendant SUNRISE SENIOR LIVING, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL J. KLAASSEN, DAVID W. FAEDER, TIMOTHY S. SMICK, THOMAS B. NEWELL, BRIAN C. SWINTON, CHRISTIAN B.A. SLAVIN, LARRY E. HULSE, TIFFANY L. TOMASSO, ROBERT R. SLAGER, CARL ADAMS, RONALD V. APRAHAMIAN, CRAIG R. CALLEN, DAVID G. BRADLEY, J. DOUGLAS HOLLADAY and THOMAS J. DONOHUE, )<br>)<br>Defendants, )<br>and )<br>SUNRISE SENIOR LIVING, INC., )<br>Nominal Defendant. ) | Case No. 1:07-cv-00227-RBW<br><br>Judge Walton |

*To Be Consolidated With:*

| | |
|---|---|
| ROBERT ANDERSON<br>3296 Saint Johns Lane<br>Ellicott City, MD 21042,<br>Derivatively On Behalf of<br>SUNRISE SENIOR LIVING, INC.,<br>Plaintiff,<br><br>PAUL J. KLAASSEN<br>9050 FALLS RUN RD.<br>MC LEAN, VA 22102<br><br>TERESA MERRITT KLAASSEN<br>9050 FALLS RUN RD.<br>MCLEAN, VA 22102 | Case No. 1:07-cv-00286-RBW<br><br>Judge Walton |

2

| | |
|---|---|
| THOMAS B. NEWELL<br>9119 MILL POND VALLEY DR.<br>MC LEAN, VA 22102 | )<br>)<br>)<br>) |
| TIFFANY L. TOMASSO<br>12834 PARAPET WAY<br>HERNDON, VA 20171-1736 | )<br>)<br>)<br>) |
| JOHN F. GAUL<br>2250 CLARENDON BLVD., APT. 2011<br>ARLINGTON, VA 22201 | )<br>)<br>)<br>) |
| BRADLEY B. RUSH<br>371 CHURCH NE ST.<br>VIENNA, VA 22180 | )<br>)<br>)<br>) |
| RONALD V. APRAHAMIAN<br>6822 MCLEAN PROVINCE CIR.<br>FALLS CHURCH, VA 22043 | )<br>)<br>)<br>) |
| THOMAS J. DONOHUE<br>8008 COACH ST.<br>POTOMAC, MD 20854 | )<br>)<br>)<br>) |
| DOUGLAS J. HOLLADAY<br>4786 OLD DOMINION DR.<br>ARLINGTON, VA 22207 | )<br>)<br>)<br>) |
| CRAIG R. CALLEN<br>55 TRUMBULL ST., APT. 1201<br>HARTFORD, CT 06103-2426 | )<br>)<br>)<br>) |
| WILLIAM G. LITTLE<br>118 HOPKINS RD.<br>WASHINGTON, ME 04574 | )<br>)<br>)<br>) |
| DAVID W. FAEDER<br>1133 CONNECTICUT AVE. N.W.<br>WASHINGTON, DC 20036 | )<br>)<br>)<br>) |
| TIMOTHY S. SMICK<br>225 OSPREY CT.<br>VERO BEACH, FL 32963 | )<br>)<br>)<br>) |
| BRIAN C. SWINTON | ) |

| | |
|---|---|
| 11283 INGLISH MILL DR.<br>GREAT FALLS, VA 22066-1708 | )<br>)<br>) |
| LARRY E. HULSE<br>1087 LARKSPUR TER.<br>ROCKVILLE, MD 20850-1003 | )<br>)<br>)<br>) |
| CHRISTIAN B.A. SLAVIN<br>9897 WINDY HO RD.<br>GREAT FALLS, VA 22066 | )<br>)<br>)<br>) |
| PETER A. KLISARES<br>2810 CHARLOTTE LN.<br>BURLINGTON, NC 2721 | )<br>)<br>)<br>) |
| RICHARD R. SLAGER<br>30210 N. 148TH ST.<br>SCOTTSDALE, AZ 85262 | )<br>)<br>)<br>) |
| DAVID G. BRADLEY<br>2211 30TH ST. N.W.<br>WASHINGTON, DC 20008 | )<br>)<br>)<br>) |
| RICHARD A. DOPPELT<br>540 N HARVEY AVE.<br>OAK PARK, IL 60302 | )<br>)<br>)<br>) |
| SCOTT F. MEADOW<br>4950 S CHICAGO BEACH DR., # 15A<br>CHICAGO, IL 60615 | )<br>)<br>)<br>) |
| J. WILLARD MARRIOTT, JR.<br>27 BRACKETT HILL RD.<br>ALFRED, ME 04002-3318 | )<br>)<br>)<br>) |
| DARCY J. MOORE<br>4959 BILFORD LN.<br>LAKE OSWEGO, OR 97035 | )<br>)<br>)<br>) |
| and | ) |
| SUNRISE SENIOR LIVING, INC.,<br>a Delaware Corporation, | )<br>)<br>) |
| Nominal Defendant. | )<br>) |

WHEREAS, on January 19, 2007, Plaintiff Brockton Contributory Retirement System filed the above-captioned shareholder derivative complaint on behalf of Sunrise Senior Living, Inc. ("Sunrise") against Paul J. Klaassen, David W. Faeder, Timothy S. Smick, Thomas B. Newell, Brian C. Swinton, Christian B.A. Slavin, Larry E. Hulse, Tiffany L. Tomasso, Robert R. Slager, Carl Adams, Ronald V. Aprahamian, Craig R. Callen, David G. Bradley, J. Douglas Holladay and Thomas J. Donohue;

WHEREAS, on January 31, 2007, Plaintiff Catherine Molner filed the above-captioned shareholder derivative complaint on behalf of Sunrise against Paul J. Klaassen, David W. Faeder, Timothy S. Smick, Thomas B. Newell, Brian C. Swinton, Christian B.A. Slavin, Larry E. Hulse, Tiffany L. Tomasso, Robert R. Slager, Carl Adams, Ronald V. Aprahamian, Craig R. Callen, David G. Bradley, J. Douglas Holladay and Thomas J. Donohue;

WHEREAS, on February 5, 2007, Plaintiff Robert Anderson filed the above-captioned shareholder derivative complaint on behalf of Sunrise against Paul J. Klaassen, David W. Faeder, Timothy S. Smick, Thomas B. Newell, Brian C. Swinton, Christian B.A. Slavin, Larry E. Hulse, Tiffany L. Tomasso, Robert R. Slager, Carl Adams, Ronald V. Aprahamian, Craig R. Callen, David G. Bradley, J. Douglas Holladay, Thomas J. Donohue, Teresa Merritt Klaassen, John F. Gaul, Bradley B. Rush, William G. Little, Peter A. Klisares, Richard A. Doppelt, Scott F. Meadow, J. Willard Marriott, Jr. and Darcy J. Moore (each person identified in this or the preceding two paragraphs shall be referred to collectively as the "Individual Defendants");

WHEREAS, the three above-captioned shareholder derivative actions are related as they arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes;

WHEREAS, Sunrise agrees to consolidation of the above-captioned actions, takes no position with respect to appointment of Lead Plaintiffs and Lead Counsel, and reserves all jurisdictional and other rights with respect to the above-captioned actions and any subsequently consolidated action; and

WHEREAS, counsel for Plaintiffs and Sunrise have met and conferred and have agreed that, given the anticipated filing of an Amended Complaint in the consolidated action, Sunrise and the Individual Defendants need not respond to the current Brockton, Molner and Anderson complaints. Counsel for Plaintiffs and Sunrise are in discussions regarding an agreed schedule for Sunrise and the Individual Defendants to respond to the Amended Complaint.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Sunrise, through their respective counsel of record, as follows:

### I. SERVICE OF PROCESS, CONSOLIDATION OF ACTIONS AND RESPONSE TO THE COMPLAINTS

1. Sunrise's counsel shall promptly seek authority to accept service on behalf of all Defendants not already served, without Sunrise or the Individual Defendants waiving any jurisdictional or other rights. Sunrise shall, within ten (10) days hereof, verify in writing to Lead Counsel (as identified below) that Sunrise is accepting service for (i) all Individual Defendants, or (ii) all Individual Defendants except for particular defendants, whom Sunrise shall identify by name, whom Sunrise has been unable to contact or who have declined to authorize Sunrise to accept service on their behalf.

2. The above-captioned actions and any other shareholder derivative action on behalf of Sunrise filed in or transferred to this Court that involves questions of law or fact similar to those contained in the above-captioned actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal.

3. The caption of these consolidated actions shall be "*In re Sunrise Senior Living, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. 07-00143. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

4. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re SUNRISE SENIOR LIVING, INC. ) Derivative Litigation ) ) | Civil Action No. 07-00143 |
| This Document Relates To: ) ) | |

When the document being filed pertains to all plaintiffs, the phrase "All Plaintiffs" shall appear immediately below the phrase "This Document Relates To." When a pleading applies to some, but not all, of the plaintiffs, the document shall list the individual plaintiff or plaintiffs immediately below the phrase "This Document Relates To."

5. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into Civil Action No. 07-00143. This Order shall apply to every such related action and to all current or subsequently added parties, absent an Order of the Court to the contrary. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after receiving the Order.

6. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines

that the case is related, the Clerk shall administratively close any such case and transfer the plaintiff from the closed case to Civil Action No. 07-00143.

7. Sunrise and the Individual Defendants need not respond to the current Brockton, Mollner and Anderson complaints. Upon entry of this stipulation by the Court, the parties will submit a joint proposed schedule for the filing of a consolidated Amended Complaint and response(s) thereto.

## II. APPOINTMENT OF LEAD PLAINTIFFS, LEAD COUNSEL, AND LIAISON COUNSEL

7. Plaintiffs Brockton Contributory Retirement System, Catherine Molner, and Robert Anderson shall be appointed as Lead Plaintiffs.

8. The law firms of Schiffrin Barroway Topaz & Kessler, LLP, Saxena White P.A., and Robbins, Umeda & Fink LLP shall be appointed as Lead Counsel for Plaintiffs in the consolidated action.

9. Lead Counsel shall have the authority to speak for Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by Plaintiffs except through Lead Counsel.

11. Lead Counsel shall also be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

12. The law firm of Davis, Cowell & Bowe, LLP shall be appointed as Liaison Counsel and is authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all Plaintiffs and shall be responsible for the preparation and transmission of copies of such orders, notices, correspondence, and memoranda of such telephone calls to Plaintiffs' counsel.

13. Sunrise takes no position with respect to appointment of Lead Plaintiffs or Lead Counsel.

14. Sunrise and the Individual Defendants may rely upon all agreements made between their counsel and Lead Counsel or other duly authorized representatives of Plaintiffs. Such agreements shall be binding on Plaintiffs.

IT IS SO STIPULATED.

Dated: April 3, 2007

Respectfully submitted,

DAVIS, COWELL & BOWE, LLP

George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Tel. (202) 223-2620
Fax: (202) 223-8651
*Attorneys for Plaintiff Brockton Contributory Retirement System and Proposed Liaison Counsel*

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Eric L. Zagar
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff Catherine Molner and Proposed Lead Counsel*

SAXENA WHITE P.A.
Maya Saxena
Joseph White
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
*Attorneys for Plaintiff Brockton Contributory Retirement System and Proposed Lead Counsel*

ROBBINS, UMEDA, & FINK LLP
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
*Attorneys for Plaintiff Robert Anderson and Proposed Lead Counsel*

Dated: April 3, 2007

HOGAN & HARTSON, LLP

/s/ George H. Mernick, III
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: 202-637-5726
Fax: 202-637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Phone: (703) 610-6100
Fax: (703) 610-6200
*Attorneys for Nominal Defendant Sunrise Senior Living, Inc.*

**IT IS SO ORDERED.**

Dated: 5/9/07

REGGIE B. WALTON
United States District Judge