AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BROCKTON CONTRIBUTORY
RETIREMENT SYSTEM,       )
       Plaintiff(s)       )       **APPEARANCE**
                          )
                          )
       vs.                )       CASE NUMBER    1:07-cv-00143
SUNRISE SENIOR LIVING, INC., ET AL )
                          )
       Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jon M. Talotta   as counsel in this
                                    (Attorney's Name)

case for:  Sunrise Senior Living, Inc.
               (Name of party or parties)

June 14, 2007
Date

/s/ Jon M. Talotta
Signature

473626
BAR IDENTIFICATION

Jon M. Talotta
Print Name

Hogan & Hartson LLP - 8300 Greensboro Drive
Address

McLean, VA 22102
City     State     Zip Code

703-610-6100
Phone Number