AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BROCKTON CONTRIBUTORY  
RETIREMENT SYSTEM,           )  
        Plaintiff(s)        )    **APPEARANCE**  
                             )  
                             )  
        vs.                  )    CASE NUMBER   1:07CV00143  
PAUL J. KLAASSEN, et al.     )  
                             )  
        Defendant(s)         )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __N. Thomas Connally__ as counsel in this  
                      (Attorney's Name)

case for: __Sunrise Senior Living, Inc.__  
               (Name of party or parties)

June 14, 2007  
Date

/s/ N. Thomas Connally  
Signature

448355  
BAR IDENTIFICATION

N. Thomas Connally  
Print Name

Hogan & Hartson - 8300 Greensboro Drive  
Address

McLean, VA 22102  
City    State    Zip Code

703-610-6126  
Phone Number