**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation | ) ) **Civil Action No. 07-00143** ) |
| This Document Relates To:  ALL ACTIONS | ) **JOINT STIPULATION AND** ) **PROPOSED ORDER SETTING** ) **SCHEDULE** ) |

WHEREAS, this matter was consolidated on May 9, 2007; and

WHEREAS, counsel for the parties have conferred and have agreed to a schedule regarding the timing of filing a Consolidated Complaint, Defendants' response to the Consolidated Complaint and dates flowing from that response.

THEREFORE, Plaintiffs and Defendants agree and stipulate, subject to the approval of the Court, to the following:

**I.  SCHEDULE**

1. Plaintiff shall file and serve a Consolidated Complaint by June 29, 2007. Defendants need not respond to any of the original complaints. The Consolidated Complaint need not be served on any Defendant who was served with the original complaints, but may instead be served on defense counsel.

2. Defendants shall answer or otherwise respond to the Consolidated Complaint by August 13, 2007.

3. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Plaintiff shall file and serve an opposition by September 28, 2007.

4. Defendants shall file and serve any reply to Plaintiff's opposition by October 29, 2007.

| | |
|---|---|
| Dated: June 27, 2007 | **DAVIS, COWELL & BOWE, LLP** |

/s/     George R. Murphy
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone:   (202) 223-2620
Facsimile:    (202) 223-8651

*Liaison Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Lee Rudy
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone:   (610)667-7706
Facsimile:    (610)667-7056

**SAXENA WHITE, P.A.**
Maya Saxena
Joseph White
2424 North Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:   (561) 394-3399
Facsimile:    (561) 394-3382

**ROBBINS, UMEDA, & FINK, LLP**
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:   (619) 525-3990
Facsimile:    (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

Dated: June 27, 2007      **HOGAN & HARTSON, LLP**

/s/      George H. Mernick, III
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5726
Facsimile:   (202) 637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:   (703) 610-6100
Facsimile:   (703) 610-6200

*Attorneys for Nominal Defendant
Sunrise Senior Living, Inc.*

Dated: June 27, 2007      **GIBSON DUNN & CRUTCHER, LLP**

/s/      John C. Millian
John C. Millian (DC Bar 413721)
Jill S. Henderson (DC Bar 451389)
Matthew R. Estabrook (DC Bar 477880)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:   (202) 955-8500
Facsimile:   (202) 467-0539

*Attorneys for Defendants Carl Adams,
Ronald V. Aprahamian, Craig R. Callen,
Thomas J. Donohue, Richard A. Doppelt,
David W. Faeder, John F. Gaul, J. Douglas
Holladay, Larry E. Hulse, Paul L. Klaassen,
Teresa M. Klaassen, Pete A. Klisares,
William Little, J. Willard Marriott, Jr., Scott
F. Meadow, Darcy Moore, Thomas B.
Newell, Robert R. Slager, Christian B.A.
Slavin, Timothy S. Smick, Brian C. Swinton,
Tiffany L. Tomasso*

Dated: June 27, 2007                    **AKIN GUMP STRAUSS HAUER & FELD, LLP**

/s/     John M. Dowd
John M. Dowd (DC Bar 003525)
Jeffrey M. King (DC Bar 461644)
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288

*Attorneys for Defendant Bradley B. Rush*


Dated: June 27, 2007                    **WILLIAMS & CONNOLLY, LLP**

/s/     Philip A. Sechler
Philip A. Sechler (DC Bar 426358)
Vidya Atre Mirmira (DC Bar 477757)
725 12th Street, N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

*Attorneys for Defendant David G. Bradley*


**IT IS SO ORDERED.**


Dated: _____                    _____
                                       REGGIE B. WALTON
                                       United States District Judge

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing, Joint Stipulation and Proposed Order Setting Schedule, was served this 27th day of June, 2007, in accordance with the Court's CM/ECF Guidelines. In addition, the forgoing was served this 27th day of June, 2007, via first-class mail, postage prepaid, on:

>Maya Saxena
>Joseph White
>SAXENA WHITE, P.A.
>2424 North Federal Highway, Suite 257
>Boca Raton, FL  33431
>*Co-Lead Counsels for Plaintiffs*
>
>Brian J. Robbins
>Felipe J. Arroyo
>Ashley R. Palmer
>ROBBINS, UMEDA, & FINK, LLP
>610 West Ash Street, Suite 1800
>San Diego, CA  92101
>*Co-Lead Counsels for Plaintiffs*
>
>John C. Millian (DC Bar 413721)
>Jill S. Henderson (DC Bar 451389)
>Matthew R. Estabrook (DC Bar 477880)
>GIBSON DUNN & CRUTCHER, LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>*Attorneys for Defendants Carl Adams, Ronald V. Aprahamian, Craig R. Callen, Thomas J. Donohue, Richard A. Doppelt, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa M. Klaassen, Pete A. Klisares, William Little, J. Willard Marriott, Jr., Scott F. Meadow, Darcy Moore, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso*

>/s/     Jon M. Talotta
>Jon M. Talotta, Esq.
>jmtalotta@hhlaw.com