UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation ) ) ) ) | **Civil Action No. 07-00143** |
| This Document Relates To:      ) ) ) ALL ACTIONS                    ) ) | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW THE Plaintiffs Brockton Contributory Retirement System, Catherine Molner, and Robert Anderson, by and through the undersigned counsel, and hereby move the Court for entry of an order: (i) granting summary judgment on Count X of Plaintiffs' Consolidated Shareholder Derivative Complaint; and (ii) ordering the Board of Directors of Sunrise Senior Living, Inc. ("Sunrise") to: (a) schedule an annual meeting of Sunrise's shareholders to be held no later than 30 days from the date of the order; and (b) provide to Sunrise's shareholders notice of the annual meeting in accordance with Sunrise's by-laws. There is no genuine issue as to any material fact in Count X and Plaintiffs are entitled to judgment as a matter of law. In support of this motion, Plaintiffs submit contemporaneously herewith their Memorandum of Law.

Dated: July 19, 2007                                    Respectfully submitted,

DAVIS, COWELL & BOWE, LLP

/s/ Mark Hanna
_____
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone: (202) 223-2620
Facsimile: (202) 223-8651
*Liaison Counsel*

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Eric L. Zagar
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

SAXENA WHITE P.A.
Maya Saxena
Joseph E. White III
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

ROBBINS, UMEDA, & FINK LLP
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation ) ) ) ) | Civil Action No. 07-00143 |
| This Document Relates To: ) ) ) | |
| ALL ACTIONS ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

AND NOW, upon consideration of Plaintiffs' Motion for Partial Summary Judgment, and the response thereto, and the Court having heard the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Partial Summary Judgment on Count X of the Complaint is GRANTED; and

IT IS FURTHER ORDERED that the Board of Directors of Sunrise Senior Living, Inc. shall:

    (i)    schedule an annual meeting of Sunrise's shareholders to be held no later than 30 days from the date of this Order; and

    (ii)    provide to Sunrise's shareholders notice of the annual meeting in accordance with Sunrise's by-laws.

SO ORDERED.

Dated: _____                    _____
                                         United States District Judge