UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation ) ) ) ) ) This Document Relates To: ) ) ALL ACTIONS ) ) | Civil Action No. 07-00143 |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs supply the following statement of material facts in accordance with Local Civil Rule 56.1:

1. Plaintiffs Brockton Contributory Retirement System, Catherine Molner and Robert Anderson (the "Lead Plaintiffs") are shareholders of Sunrise Senior Living, Inc. ("Sunrise") (Compl. at ¶ 14).

2. Sunrise is a Delaware corporation with its principal executive offices located at 7902 Westpark Drive, McLean, Virginia 22102 (Compl. at ¶ 15).

3. Lead Plaintiffs reviewed and verified as true and correct all of the factual allegations in the Consolidated Shareholder Derivative Complaint against Sunrise filed with the Court on June 29, 2007 (Lead Plaintiffs' Verifications of the Complaint).

4. Sunrise last held an annual meeting of the shareholders on May 16, 2006 (Compl. at ¶ 89).

5. Sunrise has failed to schedule, provide notice of, or hold an annual meeting since May 16, 2006 (Compl. at ¶ 211).

6. More than thirteen months have passed since Sunrise held its last annual

shareholder meeting (Compl. at ¶ 89).

7.     Article 2, Section 2.2 of Sunrise's by-laws provides that Sunrise shall hold an annual meeting at which stockholders "shall elect successors to that class of directors whose terms shall have expired" and "transact such other business as may properly be brought before the meeting." (Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, Exhibit A).

8.     Article 2, Section 2.4 of Sunrise's by-laws sets forth the requirements for providing shareholders with notice of the annual meeting, *e.g.*, that "notice of any meeting of stockholders stating the place, date and hour of the meeting . . . shall be given to each stockholder entitled to vote at such meeting not less than ten nor more than sixty days before the date of the meeting . . . ." (Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, Exhibit A).

Dated: July 23, 2007                              Respectfully submitted,

                                                  DAVIS, COWELL & BOWE, LLP

                                                  /s/ Mark Hanna
                                                  _____
                                                  George R. Murphy (DC Bar 75200)
                                                  Mark Hanna (DC Bar 471960)
                                                  Joni S. Jacobs (DC Bar 493846)
                                                  1701 K Street NW, Suite 210
                                                  Washington, DC 20006
                                                  Telephone: (202) 223-2620
                                                  Facsimile: (202) 223-8651
                                                  *Liaison Counsel*

                                                  SCHIFFRIN BARROWAY TOPAZ
                                                  & KESSLER, LLP
                                                  Eric L. Zagar
                                                  Eric Lechtzin
                                                  J. Daniel Albert
                                                  280 King of Prussia Road

Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

SAXENA WHITE P.A.
Maya Saxena
Joseph E. White III
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

ROBBINS, UMEDA, & FINK LLP
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsels for Plaintiffs*