UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

AUG 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation | ) Civil Action No. 07-00143 ) ) |
| This Document Relates To:<br><br>ALL ACTIONS | ) **AMENDED** JOINT STIPULATION ) AND PROPOSED ORDER SETTING ) SCHEDULE ) |

WHEREAS, this matter was consolidated on May 9, 2007;

WHEREAS, plaintiffs filed a Consolidated Shareholder Derivative Complaint (the "Complaint") on June 29, 2007;

WHEREAS, counsel for the parties previously filed a joint stipulation and proposed order setting a schedule for the filing of defendants' responses to the Complaint and dates flowing from those responses; and

WHEREAS, counsel for the parties subsequently have conferred and have agreed to amend that previously entered schedule, subject to the approval of the Court, as follows:

1.  Defendants shall answer or otherwise respond to the Complaint by August 27, 2007.

2.  In the event that Defendants file and serve any motion directed at the Complaint, Plaintiffs shall file and serve an opposition by October 12, 2007.

3.  Defendants shall file and serve any reply to Plaintiffs' opposition by November 12, 2007.

\\\063844/000002 - 386282 v1

| | |
|---|---|
| Dated: August 13, 2007 | **DAVIS, COWELL & BOWE, LLP**<br><br>/s/ Mark Hanna<br>George R. Murphy (DC Bar 75200)<br>Mark Hanna (DC Bar 471960)<br>Joni S. Jacobs (DC Bar 493846)<br>1701 K Street NW, Suite 210<br>Washington, DC 20006<br>Telephone:  (202) 223-2620<br>Facsimile:   (202) 223-8651<br><br>*Liaison Counsel*<br><br>**SCHIFFRIN BARROWAY**<br>**TOPAZ & KESSLER, LLP**<br>Lee Rudy<br>Eric Lechtzin<br>J. Daniel Albert<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  (610)667-7706<br>Facsimile:   (610)667-7056<br><br>**SAXENA WHITE, P.A.**<br>Maya Saxena<br>Joseph White<br>2424 North Federal Highway, Suite 257<br>Boca Raton, FL  33431<br>Telephone:  (561) 394-3399<br>Facsimile:   (561) 394-3382<br><br>**ROBBINS, UMEDA, & FINK, LLP**<br>Brian J. Robbins<br>Felipe J. Arroyo<br>Ashley R. Palmer<br>610 West Ash Street, Suite 1800<br>San Diego, CA  92101<br>Telephone:  (619) 525-3990<br>Facsimile:   (619) 525-3991<br><br>*Co-Lead Counsels for Plaintiffs* |

| | |
|---|---|
| Dated: August 13, 2007 | **HOGAN & HARTSON, LLP**<br><br>/s/ George H. Mernick, III<br>George H. Mernick, III (DC Bar 294256)<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5726<br>Facsimile: (202) 637-5910<br><br>N. Thomas Connally (DC Bar 448355)<br>Jon M. Talotta (DC Bar 473626)<br>8300 Greensboro Drive, Suite 1100<br>McLean, Virginia 22102<br>Telephone: (703) 610-6100<br>Facsimile: (703) 610-6200<br><br>*Attorneys for Nominal Defendant*<br>*Sunrise Senior Living, Inc.* |
| Dated: August 13, 2007 | **GIBSON DUNN & CRUTCHER, LLP**<br><br>/s/ John C. Millian<br>John C. Millian (DC Bar 413721)<br>Jill S. Henderson (DC Bar 451389)<br>Matthew R. Estabrook (DC Bar 477880)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br><br>*Attorneys for Defendants Carl Adams, Ronald V.*<br>*Aprahamian, Craig R. Callen, Thomas J. Donohue,*<br>*Richard A. Doppelt, David W. Faeder, John F.*<br>*Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L.*<br>*Klaassen, Teresa M. Klaassen, Pete A. Klisares,*<br>*William Little, J. Willard Marriott, Jr., Scott F.*<br>*Meadow, Darcy Moore, Thomas B. Newell, Robert*<br>*R. Slager, Christian B.A. Slavin, Timothy S. Smick,*<br>*Brian C. Swinton, Tiffany L. Tomasso* |

Dated: August 13, 2007                    **AKIN GUMP STRAUSS HAUER & FELD, LLP**

/s/ John M. Dowd
John M. Dowd (DC Bar 003525)
Jeffrey M. King (DC Bar 461644)
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288

*Attorneys for Defendant Bradley B. Rush*


Dated: August 13, 2007                    **WILLIAMS & CONNOLLY, LLP**

/s/ Philip A. Sechler
Philip A. Sechler (DC Bar 426358)
Vidya Atre Mirmira (DC Bar 477757)
725 12th Street, N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

*Attorneys for Defendant David G. Bradley*


**IT IS SO ORDERED.**

Dated: August 20, 2007

_____
REGGIE B. WALTON
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the forgoing, Amended Joint Stipulation and Proposed Order Setting Schedule, was served this 13th day of August, 2007, in accordance with the Court's CM/ECF Guidelines.

                                        /s/ Jon M. Talotta
                                        Jon M. Talotta
                                        jmtalotta@hhlaw.com