UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: SUNRISE SENIOR LIVING, INC. : <br> Derivative Litigation : <br> : <br> _____ : <br> This Document Relates To: : <br> : <br> ALL ACTIONS : <br> _____ : | Civil Action No. 07-00143 (RBW) |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of John C. Millian as counsel in this case for Defendants Carl Adams, Ronald V. Aprahmian, Craig R. Callen, Thomas J. Donohue, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa M. Klaassen, Peter A. Klisares, William Little, Jr., Scott F. Meadow, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton and Tiffany L. Tomasso.


August 27, 2007              _____/s/_____
                             John C. Millian (DC Bar No. 413721)
                             GIBSON, DUNN & CRUTCHER LLP
                             1050 Connecticut Avenue, N.W.
                             Washington, D.C.  20036
                             (202) 955-8500