# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| In Re SUNRISE SENIOR LIVING, INC. | ) | |
| Derivative Litigation | ) | |
| _____) | ) | Civil Action No. 1:07CV00143 |
| | ) | Judge Reggie B. Walton |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| _____) | | |

## NOTICE OF ENTRY OF ORDER IN
## MILLENCO, LLC V. SUNRISE SENIOR LIVING, INC.

This is to advise the Court that, on September 5, 2007, the Delaware Chancery

Court entered a final order in Millenco, LLC v. Sunrise Senior Living, Inc., C.A. No. 3095-CC,

setting the annual meeting of Sunrise Senior Living, Inc. ("Sunrise") stockholders for 2007 on

October 16, 2007. See Ex. A hereto.

As a result, Plaintiffs' Motion for Partial Summary Judgment [docket no. 28] as to

Count X of their Consolidated Shareholder Derivative Complaint [docket no. 26], which seeks

an order requiring Sunrise to hold an annual meeting of stockholders for 2007, is moot.

Respectfully Submitted,

Dated: September 6, 2007        HOGAN & HARTSON, LLP

/s/      George H. Mernick, III
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-5726
Facsimile:  (202) 637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:  (703) 610-6100
Facsimile:  (703) 610-6200

*Attorneys for Nominal Defendant*
*Sunrise Senior Living, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the forgoing, NOTICE OF ENTRY OF ORDER IN

MILLENCO, LLC V. SUNRISE SENIOR LIVING, INC., was filed and served this 6th day of

September, 2007, in accordance with the Court's CM/ECF Guidelines.  In addition, the forgoing

was served this 6th day of September, 2007, via first-class mail, postage prepaid, on:

> Maya Saxena
> Joseph White
> SAXENA WHITE P.A.
> 2424 North Federal Highway, Suite 257
> Boca Raton, FL  33431
>
> Brian J. Robbins
> Felipe J. Arroyo
> Ashley R. Palmer
> ROBBINS UMEDA & FINK, LLP
> 610 West Ash Street, Suite 1800
> San Diego, CA  92101
>
> *Co-Lead Counsel for Plaintiffs*

/s/      Jon M. Talotta
Jon M. Talotta
jmtalotta@hhlaw.com

# EXHIBIT A



## GRANTED

### THE COURT OF CHANCERY OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| MILLENCO, L.L.C., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 3095-CC |
| | ) | |
| SUNRISE SENIOR LIVING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATED FINAL ORDER

Subject to the approval of the Court, Millenco L.L.C. ("Millenco") and Sunrise Senior Living, Inc. ("Sunrise" or the "Company"), by their attorneys, hereby stipulate and agree to the following Order and Final Judgment:

1. Sunrise shall hold its annual meeting of stockholders for 2007 (the "2007 Annual Meeting") on October 16, 2007.

2. The record date for the 2007 Annual Meeting shall be September 24, 2007.

3. The shares of stock represented at the 2007 Annual Meeting, either in person or by proxy, and entitled to vote threat, shall constitute a quorum for the purpose of the 2007 Annual Meeting, notwithstanding any provision in the Sunrise certificate of incorporation or bylaws to the contrary.

4. At the 2007 Annual Meeting, the following nominees (the "Agreed Nominees") shall stand for election to the director class that will next stand for election in 2010: Paul J. Klaassen, Craig R. Callen and Lynn Krominga.

\\\DC - 070466/009555 - 2598036 v1

5.     No nominees other than the Agreed Nominations shall stand for election at the 2007 Annual Meeting.

6.     No business shall be conducted at the 2007 Annual Meeting other than the election of directors.

7.     Each party shall bear its own costs related to this litigation.

8.     Except as specifically provided herein or as necessary for the enforcement of this order, this action is dismissed with prejudice.

*/s/ David C. McBride*

_____
David C. McBride (#408)
Christian Douglas Wright (#3554)
Elena C. Norman (#4780)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Post Office Box 391
Wilmington Delaware 19899
(302) 571-6600

*Attorneys for Plaintiff*

*/s/ Lawrence C. Ashby*

_____
Lawrence C. Ashby (#468)
Richard L. Renck (#3893)
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Defendant*

SO ORDERED this _____ day of September, 2007.

_____
The Honorable William B. Chandler, III

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---|---|
| **Court:** | DE Court of Chancery |
| **Judge:** | William B Chandler |
| **File & Serve Transaction ID:** | 16186237 |
| **Current Date:** | Sep 05, 2007 |
| **Case Number:** | 3095-CC |
| **Case Name:** | Millenco LLC vs Sunrise Senior Living Inc |

**/s/ Judge William B Chandler**