UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation ) ) ) | Case No. 07-00143 -RBW |
| This Document Relates To: ) ) ) ALL ACTIONS ) ) | |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT

On September 5, 2007, the Delaware Chancery Court entered a final order in <u>Millenco, LLC v. Sunrise Senior Living, Inc.</u>, C.A. No. 3095-CC, setting the annual meeting of Sunrise Senior Living, Inc. ("Sunrise") stockholders for 2007 on October 16, 2007. A true and correct copy of the Delaware Chancery Court's order is attached hereto as Appendix A.

In light of the Delaware Chancery Court's order, Plaintiffs concede that Count X of the Consolidated Shareholder Derivative Complaint is moot. Plaintiffs therefore withdraw their Motion for Partial Summary Judgment.

Dated: September 7, 2007

Respectfully submitted,

DAVIS, COWELL & BOWE, LLP

__/s/ Joni S. Jacobs_____
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Tel. (202) 223-2620
Fax: (202) 223-8651
*Liaison Counsel*

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Eric L. Zagar
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

SAXENA WHITE P.A.
Maya Saxena
Joseph E. White III
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

ROBBINS, UMEDA, & FINK LLP
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on September 7, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I mailed the foregoing document to those counsel of record on the attached Service List who do not receive CM/ECF filings.

                                                /s/ Joni S. Jacobs
                                                  Joni S. Jacobs

## SERVICE LIST

| | |
|---|---|
| John C. Millian<br>Jill S. Henderson<br>Matthew R. Estabrook<br>**GIBSON DUNN & CRUTCHER, LLP**<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>Tel: (202) 955-8500<br>Fax: (202) 467-0539<br><br>*Attorneys for Defendants Carl Adams, Ronald V. Aprahamian, Craig R. Callen, Thomas J. Donohue, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa Klaasen, Pete A. Klisares, William G. Little, Scott F. Meadow, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso* | Philip A. Sechler<br>Vidya Atre Mirmira<br>**WILLIAMS & CONNOLLY, LLP**<br>725 12th Street, NW<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>*Attorneys for Defendant David G. Bradley* |
| George H. Mernick, III<br>**HOGAN & HARTSON, LLP**<br>555 Thirteenth St., NW<br>Washington, DC 20004<br>Tel. (202) 637-5726<br>Fax: (202) 637-5910<br><br>N. Thomas Connally<br>John M. Talotta<br>**HOGAN & HARTSON, LLP**<br>8300 Greensboro Drive, Ste. 1100<br>McLean, VA 22102<br>Tel. (703) 610-6100<br>Fax (703) 610-6200<br><br>*Attorneys for Nominal Defendant Sunrise Senior Living, Inc.* | John M. Dowd<br>Jeffrey M. King<br>Elizabeth Peterson<br>Paul Butler<br>**AKIN GUMP STRAUSS HAUER & FELD, LLP**<br>1333 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel. (202) 887-4000<br>Fax: (202) 887-4288<br><br>*Attorneys for Defendant Bradley B. Rush* |




**GRANTED**

EFiled: Sep 5 2007 12:01PM EDT
Transaction ID 16189441
Case No. 3095-CC

THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| MILLENCO, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 3095-CC |
| ) | |
| SUNRISE SENIOR LIVING, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATED FINAL ORDER**

Subject to the approval of the Court, Millenco L.L.C. ("Millenco") and Sunrise Senior Living, Inc. ("Sunrise" or the "Company"), by their attorneys, hereby stipulate and agree to the following Order and Final Judgment:

1. Sunrise shall hold its annual meeting of stockholders for 2007 (the "2007 Annual Meeting") on October 16, 2007.

2. The record date for the 2007 Annual Meeting shall be September 24, 2007.

3. The shares of stock represented at the 2007 Annual Meeting, either in person or by proxy, and entitled to vote thereat, shall constitute a quorum for the purpose of the 2007 Annual Meeting, notwithstanding any provision in the Sunrise certificate of incorporation or bylaws to the contrary.

4. At the 2007 Annual Meeting, the following nominees (the "Agreed Nominees") shall stand for election to the director class that will next stand for election in 2010: Paul J. Klaassen, Craig R. Callen and Lynn Krominga.

5. No nominees other than the Agreed Nominations shall stand for election at the 2007 Annual Meeting.

6. No business shall be conducted at the 2007 Annual Meeting other than the election of directors.

7. Each party shall bear its own costs related to this litigation.

8. Except as specifically provided herein or as necessary for the enforcement of this order, this action is dismissed with prejudice.


*/s/ David C. McBride*                                             */s/ Lawrence C. Ashby*

_____                    _____
David C. McBride (#408)                                          Lawrence C. Ashby (#468)
Christian Douglas Wright (#3554)                          Richard L. Renck (#3893)
Elena C. Norman (#4780)                                       Ashby & Geddes
Young Conaway Stargatt & Taylor, LLP              500 Delaware Avenue
The Brandywine Building                                      P.O. Box 1150
1000 West Street, 17th Floor                                 Wilmington, Delaware 19899
Post Office Box 391                                                 (302) 654-1888
Wilmington Delaware 19899
(302) 571-6600

*Attorneys for Plaintiff*                                            *Attorneys for Defendant*


               SO ORDERED this _____ day of September, 2007.


                                                          _____
                                                          The Honorable William B. Chandler, III

\\\DC - 070466/009555 - 2598036 v1                    2

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | DE Court of Chancery |
| **Judge:** | William B Chandler |
| **File & Serve Transaction ID:** | 16186237 |
| **Current Date:** | Sep 05, 2007 |
| **Case Number:** | 3095-CC |
| **Case Name:** | Millenco LLC vs Sunrise Senior Living Inc |

**/s/ Judge William B Chandler**