UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation )<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 07-00143<br><br>JOINT STIPULATION AND [PROPOSED] ORDER SETTING AN AMENDED BRIEFING SCHEDULE |

WHEREAS, this matter was consolidated on May 9, 2007;

WHEREAS, plaintiffs filed a Consolidated Shareholder Derivative Complaint (the "Complaint") on June 29, 2007;

WHEREAS, on August 21, 2007, this Court entered an Order amending the previously set briefing schedule at the request of the parties through their joint stipulation;

WHEREAS, pursuant to the August 21, 2007 Order, Defendants were required to answer or otherwise respond to the Complaint by August 27, 2007;

WHEREAS, Defendants filed and served four Motions to Dismiss the Complaint on August 27, 2007;

WHEREAS, under the current briefing schedule Plaintiffs' responses to the Motions to Dismiss are due to be filed with the Court and served on Defendants on October 12, 2007;

WHEREAS, counsel for the parties subsequently have conferred and have agreed to amend the previously entered schedule;

1

NOW, THEREFORE, the parties respectfully request that the briefing scheduled for Defendants' Motions to Dismiss be amended, subject to the approval of the Court, as follows:

1. Plaintiffs' time to respond to Defendants' Motions to Dismiss shall be extended through and including October 26, 2007.

2. Defendants' time to file replies to Plaintiffs' responses to Defendants' Motions to Dismiss shall be extended through and including December 3, 2007.

Dated: October 9, 2007

**DAVIS, COWELL & BOWE, LLP**
_/s/ Joni S. Jacobs_____
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone:  (202) 223-2620
Facsimile:   (202) 223-8651

*Liaison Counsel*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Lee Rudy
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610)667-7706
Facsimile:   (610)667-7056

**SAXENA WHITE P.A.**
Maya Saxena
Joseph White
2424 North Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382

|  |  |
|---|---|
|  | **ROBBINS, UMEDA, & FINK LLP**<br>Brian J. Robbins<br>Felipe J. Arroyo<br>Ashley R. Palmer<br>610 West Ash Street, Suite 1800<br>San Diego, CA  92101<br>Telephone:   (619) 525-3990<br>Facsimile:    (619) 525-3991<br><br>*Co-Lead Counsels for Plaintiffs* |
| Dated: October 9, 2007 | **HOGAN & HARTSON, LLP**<br> /s/ Jon M. Talotta<br>George H. Mernick, III (DC Bar 294256)<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Telephone:   (202) 637-5726<br>Facsimile:    (202) 637-5910<br><br>N. Thomas Connally (DC Bar 448355)<br>Jon M. Talotta (DC Bar 473626)<br>HOGAN & HARTSON, LLP<br>8300 Greensboro Drive, Suite 1100<br>McLean, Virginia  22102<br>Telephone:   (703) 610-6100<br>Facsimile:    (703) 610-6200<br><br>*Attorneys for Nominal Defendant*<br>*Sunrise Senior Living, Inc.* |
| Dated: October 9, 2007 | **GIBSON DUNN & CRUTCHER, LLP**<br>_/s/ Matthew R. Estabrook<br>John C. Millian (DC Bar 413721)<br>Jill S. Henderson (DC Bar 451389)<br>Matthew R. Estabrook (DC Bar 477880)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>*Attorneys for Defendants Carl Adams,*<br>*Ronald V. Aprahamian, Craig R. Callen,*<br>*Thomas J. Donohue, Richard A. Doppelt,*<br>*David W. Faeder, John F. Gaul, J. Douglas* |

*Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa M. Klaassen, Pete A. Klisares, William Little, J. Willard Marriott, Jr., Scott F. Meadow, Darcy Moore, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso*

Dated: October 9, 2007

**AKIN GUMP STRAUSS HAUER & FELD, LLP**
_/s/_ John M. Dowd
John M. Dowd (DC Bar 003525)
Jeffrey M. King (DC Bar 461644)
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendant Bradley B. Rush*

Dated: October 9, 2007

**WILLIAMS & CONNOLLY, LLP**
_/s/_ Philip A. Sechler
Philip A. Sechler (DC Bar 426358)
Vidya Atre Mirmira (DC Bar 477757)
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant David G. Bradley*

**IT IS SO ORDERED.**

Dated: _____

_____
REGGIE B. WALTON
United States District Judge

4

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 9, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I mailed the foregoing document to those counsel of record on the attached Service List who do not receive CM/ECF filings.

                                                  /s/ Joni S. Jacobs
                                                  Joni S. Jacobs

## SERVICE LIST

| | |
|---|---|
| John C. Millian<br>Jill S. Henderson<br>Matthew R. Estabrook<br>**GIBSON DUNN & CRUTCHER, LLP**<br>1050 Connecticut Ave., NW<br>Washington, DC  20036<br>Tel:  (202) 955-8500<br>Fax: (202) 467-0539<br><br>*Attorneys for Defendants Carl Adams, Ronald V. Aprahamian, Craig R. Callen, Thomas J. Donohue, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa Klaasen, Pete A. Klisares, William G. Little, Scott F. Meadow, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso* | Philip A. Sechler<br>Vidya Atre Mirmira<br>**WILLIAMS & CONNOLLY, LLP**<br>725 12th Street, NW<br>Washington, DC  20005<br>Tel: (202) 434-5000<br>Fax:  (202) 434-5029<br><br>*Attorneys for Defendant David G. Bradley* |
| George H. Mernick, III<br>**HOGAN & HARTSON, LLP**<br>555 Thirteenth St., NW<br>Washington, DC  20004<br>Tel. (202) 637-5726<br>Fax: (202) 637-5910<br><br>N. Thomas Connally<br>John M. Talotta<br>**HOGAN & HARTSON, LLP**<br>8300 Greensboro Drive, Ste. 1100<br>McLean, VA 22102<br>Tel. (703) 610-6100<br>Fax (703) 610-6200<br><br>*Attorneys for Nominal Defendant Sunrise Senior Living, Inc.* | John M. Dowd<br>Jeffrey M. King<br>Elizabeth Peterson<br>Paul Butler<br>**AKIN GUMP STRAUSS HAUER & FELD, LLP**<br>1333 New Hampshire Ave., NW<br>Washington, DC  20036<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br><br>*Attorneys for Defendant Bradley B. Rush* |