# United States District Court
# For the District of Columbia

In re: SUNRISE SENIOR LIVING, INC.  )
Derivative Litigation                )
                                     )  **APPEARANCE**
                                     )
                                     )
                                     )  CASE NUMBER   07-00143 (RBW)
This Document Relates To:            )
All Actions                          )
                                     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott K. Dasovich   as counsel in this
                                 (Attorney's Name)

case for:  David G. Bradley
           (Name of party or parties)

February 22, 2008
Date

                                        _____
                                        Signature
                                        Scott Dasovich
975575                                  Print Name
BAR IDENTIFICATION
                                        Williams & Connolly LLP-725 Twelfth St. NW
                                        Address

                                        Washington    DC          20877
                                        City          State       Zip Code

                                        202-434-5150
                                        Phone Number