UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
In Re SUNRISE SENIOR LIVING, INC.  )
Derivative Litigation              )   Civil Action No. 1:07CV00143
_____)   Judge Reggie B. Walton
                                   )
This Document Relates To:          )
                                   )
      ALL ACTIONS                  )
_____)

**MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY
BY NOMINAL DEFENDANT SUNRISE SENIOR LIVING, INC.**

COMES NOW, nominal defendant Sunrise Senior Living, Inc. ("Sunrise"), through undersigned counsel, and respectfully requests that this Court dismiss the Amended Consolidated Shareholder Derivative Complaint (the "Amended Complaint") filed by purported shareholder plaintiffs Catherine Molner, Robert Anderson, and Janie Morrison (the plaintiffs, collectively, "Plaintiffs").

This suit (the "Derivative Suit") should be dismissed because (i) none of the three Plaintiffs in this consolidated suit made a presuit demand on Sunrise's board of directors as required by Federal Rule of Civil Procedure 23.1 and the controlling Delaware law, and (ii) Plaintiffs have failed to allege particularized facts explaining why presuit demand was not made.

In the alternative, the Derivative Suit should be stayed in favor of the earlier-filed securities class actions currently pending before and consolidated by this Court (the "Class Action"), in the interests of judicial economy and to protect Sunrise's ability to defend itself in the Class Action.

## **CONCLUSION**

For these reasons, and as set forth in more detail in the accompanying memorandum of points and authorities, the Court should dismiss the Derivative Suit or, in the alternative, stay this suit until the Class Action has been resolved.

## **REQUEST FOR ORAL HEARING**

Pursuant to Local Rules 7(f) and 78.1, Sunrise hereby requests an oral hearing on this Motion to Dismiss, or in the Alternative, to Stay.

        Respectfully Submitted,

        HOGAN & HARTSON LLP

By:  /s/  Jon M. Talotta
       George H. Mernick, III (D.C. Bar No. 294256)
       Columbia Square
       555 Thirteenth Street, NW
       Washington, D.C. 20004
       Telephone:  (202) 637-5726
       Fax:  (202) 637-5910
       E-mail:  GHMernick@hhlaw.com

       N. Thomas Connally (D.C. Bar No. 448355)
       Jon M. Talotta (D.C. Bar No. 473626)
       8300 Greensboro Drive, Suite 1100
       McLean, VA 22102
       Telephone:  (703) 610-6100
       Fax:  (703) 610-6200
       E-mail:  NTConnally@hhlaw.com
       E-mail:  JMTalotta@hhlaw.com

Dated:  June 16, 2008        *Attorneys for Nominal Defendant*
       *Sunrise Senior Living, Inc.*

**CERTIFICATE OF SERVICE**

I certify that, on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and mailed via U.S. Mail, postage prepaid, a copy of the foregoing to:

George R. Murphy
Mark Hanna
Joni S. Jacobs
DAVIS, COWELL & BOWE, LLP
1701 K Street NW, Suite 210
Washington, DC 20006

*Liaison Counsel for Plaintiffs*

Eric L. Zagar
Michael C. Wagner
J. Daniel Albert
SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087

Maya Saxena
Joseph White
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL  33431

Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
ROBBINS, UMEDA, & FINK LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101

*Co-Lead Counsels for Plaintiffs*

John C. Millian
Matthew R. Estabrook
GIBSON DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Attorneys for Defendants Carl Adams, Ronald V. Aprahamian, Craig R. Callen, Thomas J. Donohue, Richard A. Doppelt, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa M. Klaassen, Pete A. Klisares, William Little, J. Willard Marriott, Jr., Scott F. Meadow, Darcy Moore, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso*


John M. Dowd
Jeffrey M. King
Elizabeth C. Peterson
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Defendant Bradley R. Rush*


Philip A. Sechler
Vidya Atre Mirmira
Scott K. Dasovich
WILLIAMS & CONNOLLY, LLP
725 12th Street, N.W.
Washington, DC 20005

*Attorneys for Defendant David G. Bradley*


/s/    Jon M. Talotta
Jon M. Talotta (DC Bar 473626)
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200
E-mail:  jmtalotta@hhlaw.com

*Attorney for Nominal Defendant Sunrise Senior Living, Inc.*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation | ) ) ) ) | Civil Action No. 1:07CV00143 Judge Reggie B. Walton |
| This Document Relates To: ALL ACTIONS | ) ) ) ) ) | |

[PROPOSED]
**O R D E R**

This matter comes before the Court on the Motion to Dismiss or, In the Alternative, to Stay by Nominal Defendant Sunrise Senior Living, Inc. ("Sunrise"). Having considered Sunrise's motion and accompanying memorandum of points and authorities, Plaintiffs' opposition thereto, Sunrise's reply, and the entire record herein, it shall be and hereby is ORDERED,

(1) that Sunrise's motion is GRANTED; and

(2) that Plaintiffs' Amended Consolidated Shareholder Derivative Complaint is DISMISSED.


Entered this ___ day of _____ , 2008

_____
United States District Court Judge