IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>)<br>ALL ACTIONS )<br>) | Civil Action No. 07-00143 |

## PLAINTIFFS' SUPPLEMENTAL SUBMISSION OF AUTHORITY IN SUPPORT OF THEIR MOTION TO PARTIALLY LIFT DISCOVERY STAY

Attached hereto as Exhibit A is a true and correct copy of the decision in *Gunther v. Tomasetta*, No. 2:06-cv-02529-R, slip op. (C.D. Cal. Oct. 2, 2006).

This decision was cited by Plaintiffs in their Reply but was inadvertently omitted as an attachment thereto.

DATED: June 24, 2008

Respectfully submitted,

DAVIS, COWELL & BOWE, LLP

_/s/ Mark Hanna_____
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone:    (202) 223-2620
Facsimile:     (202) 223-8651

*Liaison Counsel*

1

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Lee D. Rudy
Michael C. Wagner
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone:     (610) 667-7706
Facsimile:     (610) 667-7056

SAXENA WHITE P.A.
Maya Saxena
Joseph White
Christopher Jones
2424 North Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:     (561) 394-3399
Facsimile:     (561) 394-3382

ROBBINS, UMEDA, & FINK LLP
Jeffrey P. Fink
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:     (619) 525-3990
Facsimile:     (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. )<br>Derivative Litigation )<br>                                                                  ) | **Civil Action No. 07-00143** |
| )<br>This Document Relates To: )<br>)<br>)<br>   ALL ACTIONS )<br>                                                                  ) |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that the foregoing was served electronically via ECF on counsel for Defendants on June 24, 2008, and that no Defendant needs to be served by mail.


June 24, 2008                                                     _/s/ Mark Hanna_____
                                                                              Davis, Cowell & Bowe LLP
                                                                              Mark Hanna (DC Bar 471960)
                                                                              1701 K Street NW, Suite 210
                                                                              Washington, DC 20006

3

# EXHIBIT A

COPY

FILED
CLERK, U.S. DISTRICT COURT

OCT -2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

LODGED

2006 SEP 29 PM 12:46
U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   BENNY C. GOODMAN III (211302)
3  THOMAS G. WILHELM (234980)
   655 West Broadway, Suite 1900
4  San Diego, CA 92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
   travisd@lerachlaw.com
6  bgoodman@lerachlaw.com
   twilhelm@lerachlaw.com
7     – and –
   SHAWN A. WILLIAMS (213113)
8  100 Pine Street, Suite 2600
   San Francisco, CA 94111
9  Telephone: 415/288-4545
   415/288-4534 (fax)
10 swilliams@lerachlaw.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)
rw@weiserlawfirm.com

11 [Proposed] Co-Lead Counsel for Plaintiffs

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA
14                       WESTERN DIVISION

15
16 JOSEPH GUNTHER, Derivatively on  )  No. 2:06-cv-02529-R(CTx)
   Behalf of VITESSE SEMICONDUCTOR  )  (And All Consolidated Actions)
   CORPORATION,                      )
17                                   )  Derivative Action
                  Plaintiff,         )
18                                   )  [PROPOSED] ORDER DENYING
         vs.                         )  DEFENDANTS' MOTION TO
19                                   )  STAY DISCOVERY IN THE
   LOUIS R. TOMASETTA, et al.,       )  CONSOLIDATED SHAREHOLDER
20                                   )  DERIVATIVE ACTIONS
                  Defendants,        )
21                                   )
         – and –                     )
22                                   )
   VITESSE SEMICONDUCTOR             )
23 CORPORATION, a Delaware           )
   corporation,                      )
24                                   )
                  Nominal Defendant. )
25 _____)
26
27
28

1    Pending before the Court are consolidated shareholder derivative actions brought by shareholders of Vitesse Semiconductor Corp. ("Vitesse" or the "Company") on behalf of the Company against its Board of Directors and certain of its current and former executives (collectively, "defendants"). The shareholders allege that defendants participated in a scheme to "backdate" stock options issued to certain executives and employees of Vitesse to dates when the Company's shares were trading at or near the lowest price for the year.

    On July 10, 2006, defendants filed a motion to stay all discovery in the consolidated derivative actions claiming: (1) allowing discovery to proceed in the derivative actions while discovery is stayed in the securities class action would thwart the stay provisions of the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4, and unduly prejudice defendants, (2) discovery at this stage is not in the best interests of Vitesse, and (3) plaintiffs are not entitled to discovery until they satisfy the requirements of Federal Rule of Civil Procedure 23.1.

    The Court having considered the papers in support and in opposition to defendants' Motion to Stay Discovery, DENIES the Motion in its entirety.

    IT IS SO ORDERED.

DATED: OCT - 2 2006

MANUEL L. REAL
_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Vitesse Semiconductor Derv\ORD00035146-cons.doc

- 1 -

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on September 29, 2006, declarant served the [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY IN THE CONSOLIDATED SHAREHOLDER DERIVATIVE ACTIONS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2006, at San Diego, California.

_____
LISA INSUNZA

VITESSE SEMICONDUCTOR DERV
Service List - 9/29/2006   (06-0134)
Page 1 of 3

### Counsel For Defendant(s)

Doug M. Keller
Sara B. Brody
Howard S. Caro
Heller Ehrman LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
  415/772-6000
  415/772-6268 (Fax)

Daniel P. Lefler
David A. Siegel
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
  310/277-1010
  310/203-7199 (Fax)

Dan Marmalefsky
James P. Maniscalco
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
  213/892-5200
  213/892-5454 (Fax)

Seth M. Aronson
Sharon L. Tomkins
Anastasia M. Smith
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
  213/430-6000
  213/430-6407 (Fax)

### Counsel For Plaintiff(s)

Jeffrey S. Abraham
Lawrence D. Levit
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
  212/279-5050
  212/279-3655 (Fax)

Arthur R. Angel
Arthur R. Angel Law Offices
1305 North Poinsettia Place
Los Angeles, CA 90046
  323/656-9085

Evan J. Smith
Marc L. Ackerman
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
  610/667-6200
  610/667-9029 (Fax)

Steven S. Wang
Brodsky & Smith, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
  310/300-8425
  310/247-0160 (Fax)

VITESSE SEMICONDUCTOR DERV
Service List - 9/29/2006   (06-0134)
Page 2 of 3

William B. Federman
Federman & Sherwood
10205 North Pennsylvania
Oklahoma City, OK 73120
   405/235-1560
   405/239-2112(Fax)

Jeffrey R. Krinsk
Finkelstein & Krinsk LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
   619/238-1333
   619/238-5425(Fax)

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
   772/231-4202
   772/234-0440(Fax)

Darren J. Robbins
Travis E. Downs III
Brian O. O'Mara
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

Tyler Tomlinson
Liederbach, Hahn, Foy & Petri
892 Second Street Pike
Richboro, PA 18954
   215/322-8300
   215/322-7646(Fax)

Paul R. Huff
Markson Pico and Huff
515 South Figueroa Street, Suite 1800
Los Angeles, CA 90071
   213/895-4000
   213/895-4376(Fax)

Roy L. Jacobs
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165
   212/867-1156
   212/504-8343(Fax)

Marc M. Seltzer
Stephen E. Morrissey
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
   310/789-3100
   310/789-3150(Fax)

VITESSE SEMICONDUCTOR DERV
Service List - 9/29/2006   (06-0134)
Page 3 of 3

Barry C. Barnett
Susman Godfrey L.L.P.
901 Main Street, Suite 4100
Dallas, TX 75202-3775
   214/754-1900
   214/754-1933 (Fax)

Paul T. Warner
The Warner Law Firm
6363 Woodway Drive, Suite 910
Houston, TX 77057
   713/783-7077
   713/583-9196 (Fax)

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
   610/225-2677
   610/225-2678 (Fax)

Jordan E. Lurie
Leigh A. Parker
Weiss & Lurie
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
   310/208-2800
   310/209-2348 (Fax)